

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2016

No. 04-15-00410-CR

John **BELTRAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7747A
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The State's brief was originally due March 21, 2016; however, the court granted an extension of time to file the brief until April 20. The State has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and **order** the State of Texas's brief due **May 23, 2016.** Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court